IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division

| | | |
|---|---|---|
| A/S Dan Bunkering Ltd., | * | |
| Plaintiff, | * | Civil Action No. |
| v. | * | |
| Medmar Inc., | | IN ADMIRALTY |
| | * | |
| Defendant, | | |
| and | * | |
| | * | |
| Archer Daniels Midland Company | * | |
| Louis Dreyfus Claypool Holdings LLC | | |
| Bunge North America, Inc. | * | |
| Gavilon Fertilizer, LLC | | |
| Gavilon Ingredients, LLC | * | |
| Itochu International Inc. | | |
| Mitsui & Co. (U.S.A.), Inc. | * | |
| Mitsui Foods, Inc. | | |
| The Andersons, Inc. | * | |
| Marubeni America Corporation | | |
| Transcor America, LLC | * | |
| XCoal Energy & Resources LLC | | |
| XCoal Energy & Resources, | * | |
| Limited Partnership | | |
| | * | |
| Garnishees. | | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \*

## **L.R. 103.3 / FRCP RULE 7.1 DISCLOSURE STATEMENT**

Plaintiff A/S Dan Bunkering Ltd. states that it is not a publicly traded company and no publicly held corporation owns 10% or more of its stock. No other party has a financial

/

/

/

interest in the outcome of this litigation.

Dated: October 3, 2019.

/s/ J. Stephen Simms
J. Stephen Simms (#4269)
Simms Showers LLP
201 International Circle, Suite 250
Baltimore, Maryland 21030
Telephone:    410-783-5795
Facsimile:    410-510-1789
jssimms@simmsshowers.com

Attorneys for A/S Dan Bunkering Ltd.