IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division

| | | |
|---|---|---|
| A/S Dan Bunkering Ltd., | * | |
| Plaintiff, | * | Civil Action No. 1:19-cv-02909-RDB |
| v. | * | |
| Medmar Inc., | * | IN ADMIRALTY |
| Defendant, | * | |
| and | * | |
| Archer Daniels Midland Company, *et al*., | * | |
| Garnishees. | * | |

\* \* \* \* \* \* \* \* \* \* \*

| | | |
|---|---|---|
| Cockett Marine Oil DMCC, | * | |
| and | * | |
| Moran Towing Corporation | * | |
| Intervening Plaintiffs, | * | |
| v. | * | |
| Medmar Inc., | * | |
| Defendant, | * | |
| and | * | |
| Archer Daniels Midland Company, *et al*., | * | |
| Garnishees. | * | |

\* \* \* \* \* \* \* \* \* \* \*

**UNOPPOSED MOTION FOR LEAVE TO FILE**
**<u>INTERVENING COMPLAINT</u>**

Cockett Marine Oil DMCC and Moran Towing Corporation hereby move pursuant to L.A.R.(e)(10)("Intervenors' Claims and Sharing of Marshal's Fees and Expenses") and Fed. R. Civ. P. 24(b)(2) to intervene in this action.

This motion is unopposed.

Cockett Marine and Moran herewith exhibit their proposed intervening complaint and submit a draft Order, and respectfully request that this Court grant their motion.

Dated: October 4, 2019.

/s/ J. Stephen Simms
J. Stephen Simms (#4269)
Simms Showers LLP
201 International Circle, Suite 250
Baltimore, Maryland 21030
Telephone:   410-783-5795
Facsimile:   410-510-1789
jssimms@simmsshowers.com

Attorneys for Cockett Marine and Moran.
