IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division

| | | |
|---|---|---|
| A/S Dan Bunkering Ltd., | * | |
| Plaintiff, | * | Civil Action No.  1:19-cv-02909-RDB |
| v. | | |
| | * | |
| Medmar Inc., | | IN ADMIRALTY |
| | * | |
| Defendant, | | |
| and | * | |
| | | |
| Archer Daniels Midland Company, *et al*., | * | |
| | | |
| Garnishees. | * | |
| * * * * * | * | * * * * * |
| | | |
| Cockett Marine Oil DMCC, | * | |
| | | |
| and | * | |
| | | |
| Moran Towing Corporation | * | |
| | | |
| Intervening Plaintiffs, | * | |
| v. | | |
| | * | |
| Medmar Inc., | | |
| | * | |
| Defendant, | | |
| and | * | |
| | | |
| Archer Daniels Midland Company, *et al*., | * | |
| | | |
| Garnishees. | * | |
| * * * * * | * | * * * * * |

## **PROOF OF SERVICE**

I hereby certify that, on October 4, 2019, Process of Maritime Attachment and

Garnishment, as well as copies of this Court's Orders for the issuance of the Writs and for service of the Writs, were served via hand-delivery on garnishees as follows:

| **GARNISHEE** | **REGISTERED AGENT** |
|---|---|
| Archer Daniels Midland Company<br>Mitsui & Co. (U.S.A.), Inc.<br>Marubeni America Corporation<br>Transcor America, LLC | The Corporation Trust, Incorporated<br>2405 York Road, Suite 201<br>Lutherville-Timonium, MD 21093-2264 |
| The Andersons, Inc. | National Registered Agents, Inc. of MD.<br>2405 York Road, Suite 201<br>Lutherville-Timonium, MD 21093-2264 |

I further certify that, on October 7, 2019, Process of Maritime Attachment and Garnishment, as well as copies of this Court's Orders for the issuance of the Writs and for service of the Writs, were served by Federal Express on garnishees as follows:

| **GARNISHEE** | **REGISTERED AGENT** |
|---|---|
| Gavilon Fertilizer, LLC<br>Gavilon Ingredients, LLC | Capitol Corporate Services, Inc.<br>3206 Tower Oaks Blvd, 4th Floor<br>Rockville, MD 20852 |
| Louis Dreyfus Claypool Holdings LLC<br>Bunge North America, Inc.<br>Mitsui Foods, Inc.<br>XCoal Energy & Resources LLC<br>XCoal Energy & Resources,<br>    Limited Partnership | CSC-Lawyers Incorporating Service Company<br>7 St. Paul Street, Suite 820<br>Baltimore, MD 21202 |
| Itochu International Inc. | The United States Corporation Company<br>7 St. Paul Street, Suite 820<br>Baltimore, MD 21202 |

The Federal Express delivery confirmations are attached hereto as Exhibit A.

Dated: October 7, 2019.

/s/ J. Stephen Simms
J. Stephen Simms (#4269)
Simms Showers LLP
201 International Circle, Suite 250
Baltimore, Maryland 21030
Telephone:     410-783-5795
Facsimile:     410-510-1789
jssimms@simmsshowers.com

Attorneys for Cockett Marine and
Moran.