# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| A/S Dan Bunkering Ltd.<br>Plaintiff | * | |
| v. | * | **Civil No.: RDB 19-CV-2909** |
| Medmar Inc., et al.<br>Defendant | * | |

\*\*\*\*\*\*

## CLERK'S ORDER OF DEFAULT

It appearing from the records and/or affidavit of plaintiff's counsel, **J. Stephen Simms, Esq.,** that the summons and Complaint were properly served upon the above named Defendant, **Medmar, Inc.** on **January 20, 2020,** time for said Defendant to plead or otherwise defend expired on **February 10, 2020**, and that said Defendant has failed to plead or otherwise defend as directed in said summons and as provided by the Federal Rules of Civil Procedure.

Therefore, upon the request of the Plaintiff, and pursuant to Rule 55 of the Federal Rules of Civil Procedure, it is

**ORDERED**, that default for want of answer or other defense by said Defendant is entered this  13th  day of  February 2020.

                      FELICIA C. CANNON, CLERK


          By:      /s/     
               Camille Powell, Deputy Clerk