# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| A/S Dan Bunkering Ltd. | * | |
| Plaintiff(s) | * | |
| | * | |
| vs. | * | Civil Case No.: 1:19–cv–02909–RDB |
| | * | |
| Medmar Inc. | * | |
| Defendant(s) | * | |

## **NOTICE OF DEFAULT**

**To Medmar Inc.:**

    You are hereby notified that an order of default was entered against you in this Court on 2/13/2020. You have thirty (30) days from this date to file a motion to vacate the order of default. If you do not take action by this date, the Court will act promptly on any pending motions for entry of default judgment, which may result in a monetary judgment against you.

                                          FELICIA C. CANNON, CLERK

February 13, 2020                                       By: K. West
Date                                                         Deputy Clerk