IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| A/S Dan Bunkering, Ltd. | * | |
| Plaintiff, | * | |
| | | Civil Action No. RDB-19-2909 |
| v. | * | |
| Medmar Inc., *et al.*, | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## **ORDER**

Upon considering the motion, and supporting memorandum and affidavit, of A/S Dan Bunkering Ltd. for default judgment against defendant Medmar, Inc. (ECF No 55), this Court hereby GRANTS the motion (ECF No. 55), and

ENTERS JUDGMENT against Medmar, Inc., and in favor of A/S Dan Bunkering Ltd., in the amount of **$110,743.62**.

Pursuant to Fed. Civ. P. 62(a), execution on the judgment is not stayed.

SO ORDERED this 5th day of May, 2020.

                                                          _____/s/_____
                                                          Richard D. Bennett
                                                          United States District Judge